FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 MAR 12 AM 10: 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

MacArthur N Garrett Jr
_____, Plaintiff

v.

American Sign Company
_____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
✔ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

<table>
<tr><td align="center"><strong>NOTICE</strong></td></tr>
<tr><td>Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.</td></tr>
</table>

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

MacArthur N Garrett Jr 7582 E Technology Way Apt 216 Denver, CO 80237

(Name and complete mailing address)

(720) 229-6495 macgrt02@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Robin White 14883 E Hinsdale Ave Unit C Englewood, CO 80112

(Name and complete mailing address)

(303) 505-9995 rwhite@americansgn.com

(Telephone number and e-mail address if known)

Defendant 2:    Rhonda Collins 14883 E Hinsdale Ave Unit C Englewood, CO 80112

(Name and complete mailing address)

(303) 885-0481 rhomda@americansgn.com

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

✓    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✓    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____    Other: *(please specify)* improper access and disclosure of personal information

2

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire     ✔ different terms and conditions of employment

✔ failure to promote     ✔ failure to accommodate disability

✔ termination of employment     ✔ retaliation

____ other: (*please specify*) employee confidentiality _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

✔ race     ____ religion     ____ national origin     ✔ age

____ color     ____ sex     ✔ disability

Supporting facts:

Other employees turned in their time sheet late on multiple occasions with no consequences

Company policy was only enforced on me after I complained about other employee's drug usage, attendance and work performance

All this occurred after I received my settlement

R W added more reasons for my termination only after I filed an appeal for Unemployment

She had no legitimate business reason to search personal pics and vids from a phone that I was issued and made negative comments to C H who is not in management which violates employee confidentiality and privacy laws

C H told me that based on the things she said about me he believes she is racist

Former employees had reported on a vlog that R H is a racist

R W threatened to take money from my last check to pay for the phone that was already in her possession

I received my final check 4 months after my ter_ .ation date but she stated to UEC that my final check was delivered by hand

R W stated in my appeals hearing that payroll was done daily

R W also stated that I returned to her an employee handbook on the day of my termination that I never received

After I went back into the field the ASC never made any adjustments to my schedule or duties and they were aware of my injuries. I even mentioned to R W that I was still having problems with my leg and even then no accommodations were made. I even mentioned that I had trouble getting in and out of the trucks

I had told R W that I was backing up my contacts and photos (which was policy as stated by a former office manager named Karen as stated in an email) then she came down to the lobby and acquired the phone and ran back upstairs to her office with it

After I met with R C and received a pay increase to $85K per (I was a salaried employee), I was told that I would receive back pay which I never received. I was also told my pay increase would be on my next check but it ended up taking over a month to get my wage increase

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

 ✔ Yes  (*You must attach a copy of the administrative charge to this complaint*)

 ___ No

Have you received a notice of right to sue? (*check one*)

 ✔ Yes  (*You must attach a copy of the notice of right to sue to this complaint*)

 ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*

(Plaintiff's signature)

03/12/2026

(Date)

(Revised February 2022)

4

**EEOC (Inquiry) Number: 541-2025-02414**

## INQUIRY INFORMATION

### INQUIRY OFFICE

**Receiving:**  Denver Field Office

**Accountable:** Denver Field Office

### POTENTIAL  CHARGING  PARTY

**Name:**  MacArthur N. Garrett Jr.

**Address:**  3300 S Tamarac Dr #G206

DENVER, CO 80231

**Year of Birth:**

**Email Address:** macgrt02@gmail.com

**Phone Number:**  720-229-6495

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male

**Disabled?**

**Are you Hispanic or Latino?**

**Ethnicity:**

**National Origin:**

### RESPONDENT/Employer

**Organization Name:**  American Sign Company

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:**  20 or more employees

**Primary Address:**  14883 E Hinsdale Ave Unit C

ENGLEWOOD, CO 80112

**County:**  Arapahoe

**Phone Number:** 303-680-3906

**Work Address:** 14883 E Hinsdale Ave Unit C

ENGLEWOOD, CO 80112

**Remote Work:** No

### RESPONDENT CONTACT

**Name:** Robin    White

**Email Address:** rwhite@americansgn.com

**Phone Number:** 303-680-3906

**Title:** Human Resources Director or Owner

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 02/14/2025

**Reason for Complaint:** Race, Age - I am 40 years of age or older, Disability, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Colorado

**Submission (initial inquiry) Date** 03/18/2025

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 541-2025-02414

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

## ADVERSE ACTION(s)

On February 14, 2025 I was called into the office after my shift ended and I was told by Robin that I am being terminated because I turned my time in late and I previously received five write ups and that is not true. Also, just yesterday, March 18 my former coworker named Chris informed me that Robin had been plotting to get rid of me for some time. Also after my termination she went through the company phone that I had and made comments about personal pic/vids that I had stored in the device. She also told Chris that I am ?dirt?. I have also many other complaints that I would like to have investigated, but these are the most recent issues.

## APPOINTMENT

**Appointment Date and time:** 11/18/2025 08:15:00 MST

**Interview Type:** Phone

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 12/10/2025

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

On the day of my termination I was told by Robin White (HR) that I am being terminated for having 5 write ups for turning my time in late but that is not true.

### Was anyone in a similar situation treated the same, better, or worse than you?

I was just told on Monday by former coworker Chris that he purposely turn in his time late since I?ve been terminated on Feb 14 with no consequences. I know for a fact that another employee named Matthew has turned in his time later on more than 2 occasions and others as well?

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Chris Holzschuh: (720) 930-8790

can verify pretty much anything I mentioned previously. We have worked together over 5 years. He can validate that at one point I didn?t get paid for over a month. Rhonda Collin?s (the owner) told us we would get a bonus when we completed E470 and upon completion we never received one. Later after completion Rhonda told us that we could buy dinner anywhere we chose on the company card but the Supervisor at that time (Tyson Vela) only had dinner with Chris. They are white. Me and another employee (Chris Dominguez) were not invited. Also Rhonda gave my a promotion before the end of the year and was told that I would get backpay which I never received. My salary was increased to $85K. I was yelled at and disrespected by a former supervisor named Tyson and I informed Jimmy (sign crew supervisor) and nothing was done about it. With that being said a few of our recent new hires ended up quitting for whatever reasons they had. Our most recent new hire name Matt is always asked ( when alone) if I?ve been rude to him because they think that their previous employees quit because of how I treated them. I believe this is not equal treatment. He and Chris also told me that Robin had been planning to get rid of me. I?m on time every day and my work performance is undeniable. Chris also informed me that apparently she went through the company phone that I had and he said that based on the comment she made about me, he believes that she is racist. I asked if she used the ?N word? and he said no. He told me that she referred to me as dirt. Chris can also confirm that I?ve complained to Robin on numerous occasions regarding the new hires work performance and attendance and drug usage while on site. I told her that I never actually saw them getting high at work, but I saw the device that they use to smoke from and I could smell the odor of marajuana afterwards and I told her their behavior was questionable. I suggested that she give everyone a drug test but for whatever reason she would not do it. She lied to me and said it would be illegal for her to do a random tests. One of the individuals (Matt) that I?ve complained about has been given a raise increase to $30 after my termination which is questionable. Withth that being said, I had been there over five years and never once received a raise until October 2024 and Matt had only been there barely 90 days. I have many other complaints, which I feel are significant, but those are the most recent examples of what I have dealt with. Also, I think it?s important to mention that my employer always brings up me not having a license as an excuse do not pay me more money, while I?ve been in this business far longer than any other employee on the Sign crew. I think it?s very important to mention they had me do a job which was called MILESTONE Weber VMB assist on Pe?a Blvd. I drove the bucket truck for about two weeks working nights without a license. I drove two different bucket trucks to assist a worker repairing message boards at various locations. I?ve Driven multiple vehicles for this company without a license for years. Also this company literally asked me to come back and work for them when they started the E470 project fully aware of my license status. They used me for my skill sets!!!!

### Please tell us any other information about your experience.

I am very confident that I can prove I was terminated for retaliation, and I believe I have been discriminated against possibly due to my age and most recent leg injury that I received while working for this company. I can also prove that if Robin has a disagreement with someone she retaliates in some form. Proof of that is she literally yelled at an employee named Dustin )the phone call was recorded) but unfortunately she felt she couldn?t take further actions against him besides yelling because he is related to the owners. That conversation was recorded myself and Chris have heard the audio. Also, I believe it?s important for me to mention that to this date I have not received my final paycheck but Robin lied and said it was given to me by hand on my termination date. This was stated in the packet I received for my UEC appeal. And one more fact I think is important to mention is that the new hires that are on the Sign crew now have zero experience in Sign installation but they Are being paid close to what I was making before I was terminated. When I applied for unemployment, the associate asked me if there was any thing that I can think of for why they would fire me because she said that didn?t sound like a legitimate reason. So I thought for a bit and the only thing I can think of is because as I said, previously, I?ve complained to

her on numerous occasions Regarding the new hires work performance, attendance and drug usage and maybe about one or two weeks before Robin terminated me. I had a phone conversation with her where I was complaining, and I told her that she doesn?t respect my opinion, and I told her that we needed to get rid of Matt And I also said she needs to do her job better and I also said I?m sick of complaining about things and nothing gets done about it. As I said earlier, I was Injured from an accident where my leg was severely damaged and during the winter months due to temps and other factors, I take pain medications and sometimes my medication makes me drowsy and when I get home, I would sit down and fall asleep, which I have mentioned to my supervisor Chris way before I was terminated.

I recently received information that RW accessed my personal pics and videos without a legitimate business reason and I was never under any type of investigation. She also spoke to other employees who were not in management and made racial comments about my pics and videos as told to me by CH. Also I just received my final paycheck from February 14, 2025 on today Monday, July 21, 2025. She also commented to CH who is not in management some details about my termination. CH told me that she said I was being aggressive during my termination. I believe these are employee confidentiality violations as well as an invasion of my privacy!!!

* during my hearing, Robin lied and said that American Sign does payroll daily. She said that me turning in my timesheet late disrupts payroll. I am a salaried employee and payroll for salary employees are the easiest to complete. Also, when I was terminated, I did not turn in a timesheet But yet there were no issues with completing payroll. No one reached out to me to confirm my hours and locations

* In the hearing, Robin stated that Chris H is not a supervisor, but yet they submitted affidavit claiming that he had asked me multiple times. What?s going on with my timesheets. If he is not a supervisor, what capacity does he have? Two question me about my timesheets. Also, for the record, Chris H has never asked me about my timesheets

* In this packet I received before the hearing I signed a document titled page 42 of 91 and that was the only document that was given to me the day I was terminated, but Robin claims she gave me three other documents that I am unaware of

* Also, from the packet I received for the hearing, Robin lied and said that I Returned a signed crew manual a key fob, and she also said that my final paycheck instructions was that my final check was delivered by hand and all of these statements are false

* on the day of my termination, I was attempting to back up my camera roll and messages, but before I could complete the process, Robin came downstairs and took the phone from me and then ran back upstairs. Later, I was informed by Chris that she had went through my camera roll and discussed personal videos in photos of me and my girlfriend and made negative. I believe that she had no legitimate business reason to access that phone because I wasn?t under any kind of investigation. Also, I believe that her discussing my camera roll with other employees who are not in management is an Invasion of my privacy. In the hearing She stated that she had been an HR representative for over 20 years so I believe that she should be fully aware of employee confidentiality. HR is required to handle personal information with discretion and respect of privacy and she disclosed personal information that was not job related

* I believe that American Sign CO is inconsistent in enforcing job policies, which equates to poor management.

* I would also like to add that during the time I was attempting to collect information regarding my claim the company lawyer Steve Goodhue sent a cease and desist order. This was also around the time that I emailed Amy regarding late timesheets from other Sign crew employees. Ironically, I cannot locate that email in my Gmail outbox but luckily I took a screenshot

I would also like to mention that I have an audio copy from my unemployment benefits hearing, and I also have screenshots of text messages and emails as well as online reviews from former employees and randoms. I also think it?s important to mention that a former employee named Amber was terminated immediately after suspected drug use, which is what I was attempting to do with the two Sign crew employees that I reported. These seem to individuals had also been previously reported from a previous similar incident. Furthermore, I would go on to say that American Sign company condones drug usage. I even told Robin that every job contract we acquired. The contract would require us to take a drug test and complete their safety course and every contract that we received since the date of my rehire Sign crew employees used fake urine for the drug test. I told this to Robin on our conversation we had January 23 and insisted that she give the Sign crew guys a drug test which she did not And said I was terminated in the next following weeks Which is why I believe my termination was retaliatory

# D. STATEMENT OF CLAIMS

## What Reason(s) were you given for the action taken against you?

On the day of my termination I was told by Robin White (HR) that I am being terminated for having 5 write ups for turning my time in late but that is not true.

## Was anyone in a similar situation treated the same, better, or worse thanyou?

I was just told on Monday by former coworker Chris that he purposely turn in his time late since I?ve been terminated on Feb 14 with no consequences. I know for a fact that another employee named Matthew has turned in his time later on more than 2 occasions and others as well?

## Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this personwill provide.

Chris Holzschuh: (720) 930-8790

can verify pretty much anything I mentioned previously. We have worked together over 5 years. He can validate that at one point I didn?t get paid for over a month. Rhonda Collin?s (the owner) told us we would get a bonus when we completed E470 and upon completion we never received one. Later after completion Rhonda told us that we could buy dinner anywhere we chose on the company card but the Supervisor at that time (Tyson Vela) only had dinner with Chris. They are white. Me and another employee (Chris Dominguez) were not invited. Also Rhonda gave my a promotion before the end of the year and was told that I would get backpay which I never received. My salary was increased to $85K. I was yelled at and disrespected by a former supervisor named Tyson and I informed Jimmy (sign crew supervisor) and nothing was done about it. With that being said a few of our recent new hires ended up quitting for whatever reasons they had. Our most recent new hire name Matt is always asked ( when alone) if I?ve been rude to him because they think that their previous employees quit because of how I treated them. I believe this is not equal treatment. He and Chris also told me that Robin had been planning to get rid of me. I?m on time every day and my work performance is undeniable. Chris also informed me that apparently she went through the company phone that I had and he said that based on the comment she made about me, he believes that she is racist. I asked if she used the ?N word? and he said no. He told me that she referred to me as dirt. Chris can also confirm that I?ve complained to Robin on numerous occasions regarding the new hires work performance and attendance and drug usage while on site. I told her that I never actually saw them getting high at work, but I saw the device that they use to smoke from and I could smell the odor of marajuana afterwards and I told her their behavior was questionable. I suggested that she give everyone a drug test but for whatever reason she would not do it. She lied to me and said it would be illegal for her to do a random tests. One of the individuals (Matt) that I?ve complained about has been given a raise increase to $30 after my termination which is questionable. Withth that being said, I had been there over five years and never once received a raise until October 2024 and Matt had only been there barely 90 days. I have many other complaints, which I feel are significant, but those are the most recent examples of what I have dealt with. Also, I think it?s important to mention that my employer always brings up me not having a license as an excuse do not pay me more money, while I?ve been in this business far longer than any other employee on the Sign crew. I think it?s very important to mention they had me do a job which was called MILESTONE Weber VMB assist on Pe?a Blvd. I drove the bucket truck for about two weeks working nights without a license. I drove two different bucket trucks to assist a worker repairing message boards at various locations. I?ve Driven multiple vehicles for this company without a license for years. Also this company literally asked me to come back and work for them when they started the E470 project fully aware of my license status. They used me for my skill sets!!!!

## Please tell us any other information about your experience.

I am very confident that I can prove I was terminated for retaliation, and I believe I have been discriminated against possibly due to my age and most recent leg injury that I received while working for this company. I can also prove that if Robin has a disagreement with someone she retaliates in some form. Proof of that is she literally yelled at an employee named Dustin )the phone call was recorded) but unfortunately she felt she couldn?t take further actions against him besides yelling because he is related to the owners. That conversation was recorded myself and Chris have heard the audio. Also, I believe it?s important for me to mention that to this date I have not received my final paycheck but Robin lied and said it was given to me by hand on my termination date. This was stated in the packet I received for my UEC appeale.  And one more fact I think is important to mention is that the new hires that are on the Sign crew now have zero experience in Sign installation but they Are being paid close to what I was making before I was terminated. When I applied for unemployment, the associate asked me if there was any thing that I can think of for why they would fire me because she said that didn?t sound like a legitimate reason. So I thought for a bit and the only thing I can think of is because as I said, previously, I?ve complained to

her on numerous occasions Regarding the new hires work performance, attendance and drug usage and maybe about one or two weeks before Robin terminated me. I had a phone conversation with her where I was complaining, and I told her that she doesn?t respect my opinion, and I told her that we needed to get rid of Matt And I also said she needs to do her job better and I also said I?m sick of complaining about things and nothing gets done about it. As I said earlier, I was Injured from an accident where my leg was severely damaged and during the winter months due to temps and other factors, I take pain medications and sometimes my medication makes me drowsy and when I get home, I would sit down and fall asleep, which I have mentioned to my supervisor Chris way before I was terminated.

I recently received information that RW accessed my personal pics and videos without a legitimate business reason and I was never under any type of investigation. She also spoke to other employees who were not in management and made racial comments about my pics and videos as told to me by CH. Also I just received my final paycheck from February 14, 2025 on today Monday, July 21, 2025. She also commented to CH who is not in management some details about my termination. CH told me that she said I was being aggressive during my termination. I believe these are employee confidentiality violations as well as an invasion of my privacy!!!

* during my hearing, Robin lied and said that American Sign does payroll daily. She said that me turning in my timesheet late disrupts payroll. I am a salaried employee and payroll for salary employees are the easiest to complete. Also, when I was terminated, I did not turn in a timesheet But yet there were no issues with completing payroll. No one reached out to me to confirm my hours and locations

* In the hearing, Robin stated that Chris H is not a supervisor, but yet they submitted affidavit claiming that he had asked me multiple times. What?s going on with my timesheets. If he is not a supervisor, what capacity does he have? Two question me about my timesheets. Also, for the record, Chris H has never asked me about my timesheets

* In this packet I received before the hearing I signed a document titled page 42 of 91 and that was the only document that was given to me the day I was terminated, but Robin claims she gave me three other documents that I am unaware of

* Also, from the packet I received for the hearing, Robin lied and said that I Returned a signed crew manual a key fob, and she also said that my final paycheck instructions was that my final check was delivered by hand and all of these statements are false

* on the day of my termination, I was attempting to back up my camera roll and messages, but before I could complete the process, Robin came downstairs and took the phone from me and then ran back upstairs. Later, I was informed by Chris that she had went through my camera roll and discussed personal videos in photos of me and my girlfriend and made negative. I believe that she had no legitimate business reason to access that phone because I wasn?t under any kind of investigation. Also, I believe that her discussing my camera roll with other employees who are not in management is an Invasion of my privacy. In the hearing She stated that she had been an HR representative for over 20 years so I believe that she should be fully aware of employee confidentiality. HR is required to handle personal information with discretion and respect of privacy and she disclosed personal information that was not job related

* I believe that American Sign CO is inconsistent in enforcing job policies, which equates to poor management.

* I would also like to add that during the time I was attempting to collect information regarding my claim the company lawyer Steve Goodhue sent a cease and desist order. This was also around the time that I emailed Amy regarding late timesheets from other Sign crew employees. Ironically, I cannot locate that email in my Gmail outbox but luckily I took a screenshot


I would also like to mention that I have an audio copy from my unemployment benefits hearing, and I also have screenshots of text messages and emails as well as online reviews from former employees and randoms. I also think it?s important to mention that a former employee named Amber was terminated immediately after suspected drug use, which is what I was attempting to do with the two Sign crew employees that I reported. These seem to individuals had also been previously reported from a previous similar incident. Furthermore, I would go on to say that American Sign company condones drug usage. I even told Robin that every job contract we acquired. The contract would require us to take a drug test and complete their safety course and every contract that we received since the date of my rehire Sign crew employees used fake urine for the drug test. I told this to Robin on our conversation we had January 23 and insisted that she give the Sign crew guys a drug test which she did not And said I was terminated in the next following weeks Which is why I believe my termination was retaliatory

# F. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff, MacArthur N Garrett Jr respectfully requests that this Court enter judgment in his favor and against Defendant and order the following relief as allowed by law:

A. Compensatory damages, including but not limited to those for emotional distress, inconvenience, mental anguish, loss of enjoyment of life

B. Back pay and benefits;

C. Prospective wage loss;

D. Injunctive and/or declaratory relief;

E. Attorney fees and costs of the action, including expert witness fees, as appropriate;

F. Pre-judgment and post-judgment interest at the highest lawful rate; and

G. Such further relief as this honorable Court deems necessary, prudent or in the interests of justice.

H. Unpaid wages that were promised



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Denver Field Office**
950 17th St, Suite 300
Denver, CO 80202
(720) 779-3610
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/19/2025

**To:** MacArthur N. Garrett Jr.
7582 E Technology Way, Apt 216
DENVER, CO 80237
Charge No: 541-2025-02414

EEOC Representative and email:    TIFFANY BROWN
EQUAL OPPORTUNITY INVESTIGATOR
TIFFANY.BROWN@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 541-2025-02414.

On behalf of the Commission,

Digitally Signed By:Sheryl Hayashi
12/19/2025
Sheryl Hayashi
Director